**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: J.M., A JUVENILE : No. 733 MAL 2019
:
:
PETITION OF: J.M. : Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

　　**AND NOW**, this 7th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.